M. P. No. 79-310.　PAMELA LOTITO *v*. CIRO J. LOTITO, JR. The petition for writ of certiorari is denied. *McKinnon and Fortunato, Stephen J. Fortunato, Jr., Amy R. Tabor,* for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

M. P. No. 79-313.　RUTH MILLER *et al. v.* MEMBERS OF THE ZONING BOARD OF REVIEW OF CRANSTON *et al.* The petition for writ of certiorari is denied. *Edwards & Angell, Joseph V. Cavanagh, Jr.,* for petitioners. *Adler, Pollock & Sheehan, Incorporated, Richard W. MacAdams, Higgins, Cavanagh & Cooney, John Cooney, Jr., Alan Gelfuso,* for respondents.

M. P. No. 79-353.　JOHN INFANTALINO *v.* JOHN MORAN, DIRECTOR OF THE ADULT CORRECTIONAL INSTITUTION. The petition for writ of habeas corpus and motion for bail pending appeal are denied.

Mr. Chief Justice Bevilacqua did not participate. *Joseph A. Bevilacqua, Jr.,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for respondent.

M. P. No. 79-393.　PATRICK T. BOYLE *et al. v.* FRANK NEWMAN *et al.* The motion for stay is granted. The defendants and the University of Rhode Island are, in accordance with the order of this court dated 12 October 1979, permitted to proceed with its scheduled disciplinary proceedings in its normal fashion. The defendants and the University of Rhode Island are further permitted to carry out any appropriate action called for pursuant to any hearing that may be held in accordance with the University's disciplinary proceedings subject to judicial review. A stenographic record may be made of the proceedings by the plaintiffs provided that a copy be made available to the University at its expense if desired and further provided that such transcripts shall be held by both parties subject to further order of a court of competent jurisdiction prior to public dissemination. *DeSimone & DelSesto Law Corporation, Herbert F. DeSimone, Gerald McG. Decelles,* for plaintiffs. *Nicholas Trott Long,* Assistant Public Defender, for defendants.